THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID DELMORAL, Appellant. [929 NYS2d 739]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (see *People v Lingle*, 16 NY3d 621 [2011]). Concur—Saxe, J.P., Friedman, Acosta, DeGrasse and Abdus-Salaam, JJ.